McELDOWNEY, Appellant, vs. WEST SALEM CANNING COM-
. PANY and others, Defendants: SELDEN and another,
Garnishee defendants and Respondents.

For the appellant: *Arthur T. Holmes* and *Frank Winter,*
both of La Crosse.

For the respondent Katherine Selden: *J. J. Cunningham*
and *Lees & Bunge,* all of La Crosse.

*By the Court.*—Judgment affirmed.

FREEMAN-BEDDOW SHOE MANUFACTURING COMPANY, Re-
spondent, vs. WHITE and another, Appellants.

For the appellants: *George A. Garrigan* of Beloit.

For the respondent: *Woolsey, Arnold & Johnston* of
Beloit.

*By the Court.*—Judgment affirmed.

WILL OF AINSWORTH: BRITTON, Contestant, Appellant, vs.
ESTATE OF AINSWORTH, Respondent.

For the appellant: *R. H. Fischer* of Shawano and *Mar-
tin & Martin* of Fond du Lac.

For the respondent: *Eberlein & Larson* of Shawano.

*By the Court.*—Judgment affirmed.